STEVEN S. ALM
United States Attorney
District of Hawaii

LORETTA A. MATSUNAGA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOSE FRANCISCO GARIBAY,<br>a.k.a. "Kora,"       (01)<br>RAMON MENDOZA-RAMIREZ,<br>a.k.a. "Antonio Temoc<br>  Mendoza-Ramirez,"<br>a.k.a. "Temo,"      (02)<br>MANUEL PLATA,<br>a.k.a. "Mike,"      (03)<br><br>        Defendants. | CR. NO. CR00-00010 DAE<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 841(a)(1)<br>841(b)(1)(B), 846, 18 U.S.C.<br>§ 2] |

<u>INDICTMENT</u>

<u>COUNT 1</u>

The Grand Jury charges:

From a precise date unknown to the Grand Jury, but by

November 16, 1999 to and including December 28, 1999, in the

District of Hawaii, the defendants,

JOSE FRANCISCO GARIBAY, a.k.a. "KORA,"

RAMON MENDOZA-RAMIREZ, a.k.a "ANTONIO TEMOC MENDOZA-RAMIREZ,"

a.k.a. "TEMO,"

and MANUEL PLATA, a.k.a. "MIKE,"
did conspire together and with others known and unknown to the
grand jury, to knowingly and intentionally possess with intent to
distribute, and to distribute, in excess of 100 grams of heroin,
in violation of Title 21, United States Code, Sections 841(a)(1)
and 841(b)(1)(B).

<u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the
objects thereof the defendants committed various overt acts which
include, but are not limited to, the following:

1) On November 16, 1999, JOSE FRANCISCO GARIBAY, a.k.a.
"KORA," drove MANUEL PLATA, a.k.a. "MIKE" to the parking lot of
Foodland located at Liliha and N. School Street.

2) On November 16, 1999, GARIBAY gestured to an
undercover police officer to come to the car GARIBAY drove to the
Foodland parking lot.

3) On November 16, 1999, GARIBAY sold approximately
1.799 grams of heroin to an undercover police officer.

4) On November 16, 1999, PLATA gave a new phone number
to use when ordering heroin in the future.

5) On November 30, 1999, GARIBAY drove PLATA to the
parking lot of Foodland located at Liliha and N. School Street.

6) On November 30, 1999, PLATA sold approximately
2.829 grams of heroin to an undercover police officer.

7) On December 2, 1999, GARIBAY drove PLATA to the
parking lot of McDonalds on Salt Lake Blvd.

2

8)   On December 2, 1999, PLATA sold approximately 2.838 grams of heroin to an undercover police officer.

9)   On December 7, 1999, GARIBAY took an order for heroin over the telephone from an undercover police officer.

10)   On December 7, 1999, GARIBAY instructed the undercover police officer to go to the 7-11 store in Nuuanu to collect the heroin.

11)   On December 7, 1999, GARIBAY sold approximately 3.872 grams of heroin to an undercover police officer.

12)   On December 13, 1999, GARIBAY took an order for heroin over the telephone from an undercover police officer.

13)   On December 13, 1999, RAMON MENDOZA-RAMIREZ, a.k.a. "ANTONIO TEMOC MENDOZA-RAMIREZ," a.k.a. "TEMOC," instructed the undercover police officer to go to the Kamehameha Shopping Center to collect the heroin.

14)   On December 13, 1999, MENDOZA-RAMIREZ changed the location of the deal to a pink store located near the intersection of Kalihi Street and Numanu Street.

15)   On December 13, 1999, MENDOZA-RAMIREZ drove GARIBAY to the parking lot of the Valley Market Center.

16)   On December 13, 1999, GARIBAY sold approximately 6.123 grams of heroin to an undercover police officer.

17)   On December 14, 1999, GARIBAY agreed to sell heroin to an undercover police officer.

18)   On December 14, 1999, GARIBAY sold approximately 24.859 grams of heroin to an undercover police officer.

19)  On December 20, 1999, GARIBAY agreed to sell
heroin to an undercover police officer.

20)  On December 20, 1999, GARIBAY sold approximately
48.994 grams of heroin to an undercover police officer.

21)  On December 28, 1999, GARIBAY agreed to sell heroin
to an undercover police officer.

22)  On December 28, 1999, GARIBAY sold approximately
50 grams of heroin to an undercover police officer.

All in violation of Title 21, United States Code,
Section 846.


COUNT 2

The Grand Jury further charges:

On or about November 16, 1999, in the District of
Hawaii, the defendants, MANUEL PLATA, a.k.a. "MIKE," and JOSE
FRANCISCO GARIBAY, a.k.a. "KORA" knowingly and intentionally
distributed approximately 1.799 grams of heroin, a Schedule I
controlled substance.

All in violation of Title 21, United States Code,
Section 841(a)(1), and 841(b)(1)(C).


COUNT 3

The Grand Jury further charges:

On or about November 30, 1999, in the District of
Hawaii, the defendants, MANUEL PLATA, a.k.a. "MIKE," and JOSE
FRANCISCO GARIBAY, a.k.a. "KORA" knowingly and intentionally

4

distributed approximately 2.829 grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

## COUNT 4

The Grand Jury further charges:

On or about December 2, 1999, in the District of Hawaii, the defendants, MANUEL PLATA, a.k.a. "MIKE," and JOSE FRANCISCO GARIBAY, a.k.a. "KORA" knowingly and intentionally distributed approximately 2.829 grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

## COUNT 5

The Grand Jury further charges:

On or about December 7, 1999, in the District of Hawaii, the defendant JOSE FRANCISCO GARIBAY, a.k.a. "KORA" knowingly and intentionally distributed approximately 3.872 grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

COUNT 6

The Grand Jury further charges:

On or about December 13, 1999, in the District of Hawaii, the defendants, JOSE FRANCISCO GARIBAY, a.k.a. "KORA" and RAMON MENDOZA-RAMIREZ, a.k.a. "ANTONIO TEMOC MENDOZA-RAMIREZ," a.k.a. "TEMO," knowingly and intentionally distributed approximately 6.123 grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

COUNT 7

The Grand Jury further charges:

On or about December 14, 1999, in the District of Hawaii, the defendant JOSE FRANCISCO GARIBAY, a.k.a. "KORA" knowingly and intentionally distributed approximately 24.859 grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

COUNT 8

The Grand Jury further charges:

On or about December 20, 1999, in the District of Hawaii, the defendant JOSE FRANCISCO GARIBAY, a.k.a. "KORA" knowingly and intentionally distributed approximately 48.994 grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

<u>COUNT 9</u>

The Grand Jury further charges:

On or about December 28, 1999, in the District of Hawaii, the defendant JOSE FRANCISCO GARIBAY, a.k.a. "KORA" knowingly and intentionally distributed approximately 50 grams of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

DATED: December 9, 1998, at Honolulu, Hawaii.

A TRUE BILL

/s/

/s/

FOREPERSON, Grand Jury

STEVEN S. ALM
United States Attorney

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA A. MATSUNAGA
Assistant U.S. Attorney

<u>United States v. Jose Francisco Garibay, a.k.a. "Kora",</u>
<u>Ramon Mendoza-Ramirez, a.k.a. "Temo," and Manuel Plata,</u>
<u>a.k.a. "Mike"</u>
Indictment
Cr. No. _____

7